R. S. Iwaszkiewicz, trading as Garden City Bottling Works, appellee, v. Improved Crown & Seal Company, appellant. Gen. No. 25,130.

Action for damages caused by defective bottle seals sold under an implied warranty. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 7, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Darrow, Sissman & Popham, for appellant; Peter Sissman and William L. Carlin, of counsel. John A. Irrmann, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Duncan Campbell and A. W. Phelps, trading as Duncan Campbell & Company, appellees, v. Southern Pacific Company, appellant. Gen. No. 25,136.

Action for damages caused by failure to safely transport a car of vegetables. Judgment for plaintiffs. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 7, 1920.

John A. Sheean, for appellant. Charles A. Butler, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

F. R. Duarte, appellee, v. Southern Pacific Company, appellant. Gen. No. 25,139.

Action to recover damages for failure to securely transport a car of sweet potatoes. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. J. Cooke, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 7, 1920.

John A. Sheean, for appellant. Charles A. Butler, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Hyman Yablonsky, appellee, v. Lena Lesman et al., on appeal of Lena Lesman, appellant. Gen. No. 25,157.

Action to try right of property replevined by plaintiff and levied upon by defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed July 7, 1920.

Lester L. Bauer, for appellant. B. E. Cohen, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Nohr, Ullman & Company, appellee, v. Max Sugarman, appellant. Gen. No. 25,162.

Action to recover damages for failure to deliver butter. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Dennis W. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 7, 1920.

Hyman Soboroff, for appellant. Pines & Newmann, for appellee; Alvin E. Stein, of counsel.

Mr. Justice Thomson delivered the opinion of the court.